1  **JORGE A. RAMIREZ**
   Nevada Bar No. 6787
2  **REUBEN H. CAWLEY**
   Nevada Bar No. 9384
3  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
   300 South Fourth Street, 11th Floor
4  Las Vegas, NV  89101
   Phone:  (702) 727-1400; Fax:  (702) 727-1401
5  Jorge.Ramirez@wilsonelser.com
   Reuben.Cawley@wilsonelser.com
6  Attorneys for Defendant Career Education Corporation
   dba Le Cordon Bleu College of Culinary Arts

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GABRIELLE FINOCCHI, an individual,<br><br>                        Plaintiffs,<br><br>v.<br><br>CAREER EDUCATION CORPORATION, an Delaware Corporation, doing business in the State of Nevada as LE CORDON BLEU COLLEGE OF CULINARY ARTS; DOES I -X; and ROE CORPORATIONS A – Z, inclusive,<br><br>                        Defendants. | CASE NO.:    2:13-cv-01760-MMD-CWH |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff GABRIELLE FINOCCHI, ("Plaintiff")and Defendant CAREER EDUCATION CORPORATION dba LE CORDON BLEU COLLEGE OF CULINARY ARTS ("Defendant"), by and through their undersigned attorneys of record hereby agree and stipulate to dismiss any and all

. . .

. . .

. . .

. . .

. . .

. . .

621566v.1

1  claims against Defendant, with prejudice.  Each party to bear their own fees and costs.

2  DATED this 31st day of March, 2014.    DATED this 1st day of April, 2014.

| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | LAW OFFICE OF FRANK SORRENTINO |
|---|---|
| By: *[signature]* <br> Jorge A. Ramirez, Esq. <br> Nevada Bar No. 6787 <br> Reuben H. Cawley, Esq. <br> Nevada Bar No. 9384 <br> 300 South Fourth Street, 11th Floor <br> Las Vegas, Nevada 89101 <br> Attorneys for Defendant Career Education Corporation dba Le Cordon Bleu College Of Culinary Arts | By: *[signature]* <br> Anthony V. Sorrentino, Esq. <br> 3711 E. Sunset Road, #3 <br> Las Vegas, NV  89021 <br> (702) 870-8701 <br> (702) 870-8940 <br> sorrentinoav@hotmail.com <br> Attorney for Plaintiff Gabrielle Finocchi |

. . .

621566v.1

## ORDER

The parties have stipulated and agreed to the dismissal of Defendant CAREER EDUCATION CORPORATION dba LE CORDON BLEU COLLEGE OF CULINARY ARTS, as set forth in the Stipulation, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Complaint as to Defendant CAREER EDUCATION CORPORATION dba LE CORDON BLEU COLLEGE OF CULINARY ARTS, be dismissed with prejudice, each party to bear their own respective attorneys' fees and costs herein.

DATED this __7th__ day of __April__, 2014.

_____
DISTRICT COURT JUDGE

*Respectfully submitted by:*

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

BY: _____
Jorge A. Ramirez, Esq.
Nevada Bar No. 6787
Reuben H. Cawley, Esq.
Nevada Bar No. 9384
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
Attorneys for Defendant Career Education Corporation dba Le Cordon Bleu College Of Culinary Arts

621566v.1